IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYTHERA BIOPHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> *Electronically Filed* |

## KYTHERA BIOPHARMACEUTICALS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Kythera Biopharmaceuticals, Inc. hereby discloses the information required by the Federal Rules of Civil Procedure 7.1(a). Kythera Biopharmaceuticals, Inc. is an indirect subsidiary of Allergan plc, a publicly-traded company. No company owns 10% or more of Allergan plc's stock.

Dated: November 9, 2018

WALSH PIZZI O'REILLY FALANGA LLP

By:  *s/ Liza M. Walsh*
    Liza M. Walsh
    Eleonore Ofosu-Antwi
    One Riverfront Plaza
    1037 Raymond Boulevard, Suite 600
    Newark, New Jersey 07102
    lwalsh@walsh.law
    eofosuantwi@walsh.law
    Tel.: (973) 757-1100

*Of Counsel* (*pro hac vice* upcoming):

FISH & RICHARDSON P.C.
Jonathan E. Singer (CA Bar No. 187908)
12390 El Camino Real
San Diego, CA 92130
singer@fr.com
Tel.: (858)-678-5070

Susan E. Morrison (DE Bar No. 4690)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
morrison@fr.com
Tel.: (302) 652-5070

Deanna J. Reichel (MN Bar No. 0326513)
Tasha M. Francis (MN Bar No. 0395360)
60 South Sixth Street, #3200
Minneapolis, MN 55402
reichel@fr.com
tfrancis@fr.com
Tel.: (612) 335-5070

*Attorneys for Plaintiff
Kythera Biopharmaceuticals, Inc.*